**Order filed December 12, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00316-CR

_____

## IN RE CHRISTOPHER COBOS

**Original Proceeding**

**O R D E R**

We have reviewed the "Motion to Disqualify or Recuse and Reverse Judgments" filed in this cause on December 5, 2019, as it pertains to seeking the recusal of Chief Justice John M. Bailey. Pursuant to Rule 16.3(b) of the Texas Rules of Appellate Procedure, Chief Justice Bailey has considered the motion in chambers. Chief Justice Bailey has found no reason to recuse himself and, pursuant to Rule 16.3(b), has certified the issue to the entire court for a determination by the other justices of this court.[1] *See* TEX. R. APP. P. 16.3(b). Senior Chief Justice Jim R. Wright and Justice Keith Stretcher have decided the matter without Chief Justice Bailey's participation.

---

[1]A copy of Chief Justice Bailey's written certification is attached to this order.

The recusal of appellate judges is controlled by Rule 16 of the Texas Rules of Appellate Procedure. The grounds for recusal of an appellate court justice are provided in the Texas Rules of Civil Procedure. TEX. R. APP. P. 16.2; *see* TEX. R. CIV. P. 18b. We find no reason for Chief Justice Bailey to recuse himself and hold that none of the grounds set out in Rule 18b are applicable to Chief Justice Bailey in this case. *See* TEX. R. CIV. P. 18b; *see also Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

The request for the recusal of Chief Justice John M. Bailey is denied.

PER CURIAM

December 12, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Stretcher, J.,
and Wright, S.C.J.[2]

Bailey, C.J., and Willson, J., not participating.

---

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.